WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Peter Gruenberger

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ─────────────────────────────────────x | | Chapter 11 |
| In re: | : | |
| | | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | |
| Debtors. | : | |
| ─────────────────────────────────────x | | |
| | | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | : | |
| and | | |
| LEHMAN BROTHERS HOLDINGS INC. | | |
| Plaintiffs, | : | |
| -against- | : | Adversary Proceeding No.: 09-1261 (JMP) |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | | |
| and | | |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | | |
| | : | |
| Defendants. | | |
| | : | |

**STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The parties to this adversary proceeding (the "Parties"), plaintiffs and

counterclaim defendants Lehman Brothers Special Financing Inc. ("LBSF") and Lehman

Brothers Holdings Inc. ("LBHI" and, together with LBSF, Debtors), intervenor plaintiff and counterclaim defendant the Official Committee of Unsecured Creditors (together with Debtors, "Plaintiffs"), and defendants and counterclaim plaintiffs American Family Life Assurance Company of Columbus ("Aflac") and BNY Corporate Trustee Services Limited ("BNY"), by and through their undersigned counsel, stipulate and agree as follows:

1. The following schedule shall govern the pending motion for summary judgment filed by Aflac and cross-motions for summary judgment proposed to be filed in the above-captioned action:

   a) Plaintiffs and BNY shall file any motions for summary judgment by September 25, 2009.

   b) The Parties shall file any responses to the motions for summary judgment by October 23, 2009.

   c) The Parties shall file any replies in support of their motions for summary judgment by November 9, 2009.

   d) The Court will conduct a hearing on the motion described above on November 19, 2009 at 10:00a.m, or any other date which is convenient for the Court, either immediately before, immediately after, or at the same time as the hearing in Case No. 09-1242 (JMP).

2. Any party may, for good cause shown, seek to modify the foregoing schedule.

3. This stipulation is executed and entered into without prejudice to the claims or defenses of the Parties.

Dated: August 14, 2009　　　　　　　　　　　　　　　　　　Dated: August 14, 2009
　　　　New York, New York　　　　　　　　　　　　　　　　　　Wilmington, Delaware

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| BY: /s/ Ralph I. Miller<br>      Ralph I. Miller | BY: /s/ Robert A. Weber<br>      Robert A. Weber<br>One Rodney Square |
| 767 Fifth Avenue<br>New York, New York 10153<br>Tel: (202) 682-7000<br>Fax: (202) 857-0940 | P.O. Box 636<br>Wilmington Delaware 19899-0636<br>Tel: (302)651-3144<br>Fax: (888)329-2975 |
| Counsel for Plaintiff Lehman Brothers Special Financing Inc. | Counsel for Defendant American Family Life Assurance Company of Columbus |
| Dated: August 14, 2009<br>         Pittsburgh, Pennsylvania | Dated: August 14, 2009<br>         Washington, D.C. |
| REED SMITH LLP | MILBANK, TWEED, HADLEY & M$^C$CLOY LLP |
| BY: /s/ Eric Schaffer<br>      Eric Schaffer | BY: /s/ David S. Cohen<br>      David S. Cohen |
| Eric Schaffer<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412) 288 3131<br>Fax: (412) 288 3063 | 1850 K Street, NW<br>Suite 1100<br>Washington, DC 20006<br>Tel: (202) 202-835-7500<br>Fax: (202) 263-7586 |
| Counsel for Defendant BNY Corporate Trustee Services Limited | Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* |

SO ORDERED:
Dated: August 20, 2009
         New York, New York


/S/ James M. Peck
UNITED STATES BANKRUPTCY JUDGE