# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC. and LEHMAN BROTHERS HOLDINGS INC. | : |  |
|  | : |  |
| Plaintiffs, | : | Adversary Proceeding |
|  | : |  |
| -against- | : |  |
|  | : | No.: 09-01261 (JMP) |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS and BNY CORPORATE TRUSTEE SERVICES LIMITED | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | : |
|  | : |
| Counterclaim Plaintiff, | : |
|  | : |
| -against- | : |
|  | : |
| LEHMAN BROTHERS SPECIAL FINANCING INC. and LEHMAN BROTHERS HOLDINGS INC. | : |
|  | : |
| Counterclaim Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL OF ALL CLAIMS

This Stipulation of Dismissal ("Stipulation") is made in the above-captioned action (the "Action") by Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc., American Family Life Assurance Company of Columbus and BNY Corporate Trustee Services Limited (collectively, the "Parties").

The Parties hereby stipulate that this Action, including all claims and counterclaims filed therein, be and hereby is dismissed, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1) with prejudice, each party to bear its own costs, including attorney's fees.

IN WITNESS WHEREOF, each of the Parties below has caused a counterpart of this Stipulation to be executed and delivered by its duly authorized signatory as of the date written below.

Dated:  December 23, 2009

| | |
|---|---|
| */s/ Ralph I. Miller* | */s/ Sally McDonald Henry* |
| WEIL, GOTSHAL & MANGES, LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Peter Gruenberger | Sally McDonald Henry |
| Ralph I. Miller | Paula S. Greenman |
| 767 Fifth Avenue | Four Times Square |
| New York, New York 10153 | New York, New York 10036 |
| Telephone:         (212) 310-8000 | Telephone:         (212) 735-3000 |
| Facsimile:         (212) 310-8007 | Facsimile:         (212) 735-2000 |
| | |
| and | and |
| | |
| 1300 Eye Street, N.W., Suite 900 | Anthony W. Clark |
| Washington, D.C. 20005 | Robert A. Weber |
| Telephone:         (202) 682-7000 | One Rodney Square |
| Facsimile:         (202) 857-0940 | Wilmington, Delaware |
| | Telephone:         (302) 651-3000 |
| | Facsimile:         (302) 651-3001 |
| | |
| *Attorneys for Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.* | *Attorneys for American Family Life Assurance Company of Columbus* |
| | |
| */s/ David S. Cohen* | */s/ Eric A. Schaffer* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | REED SMITH LLP |
| Dennis F. Dunne | Eric A. Schaffer |
| Wilber F. Foster, Jr. | 225 Fifth Avenue |
| Evan R. Fleck | Pittsburgh, Pennsylvania 15222 |
| 1 Chase Manhattan Plaza | Telephone:         (412) 288-3131 |
| New York, New York 10005 | Facsimile:         (412) 288-3063 |
| Telephone:         (212) 530-5000 | |
| Facsimile:         (212) 530-5219 | and |
| | |
| and | Michael J. Venditto |
| | 599 Lexington Avenue |
| David S. Cohen | New York, New York 10022 |
| Adrian C. Azer | Telephone:         (212) 205-6081 |
| 1850 K Street, N.W., Suite 1100 | Facsimile:         (212) 521-5450 |
| Washington, D.C. 20006 | |
| Telephone:         (202) 835-7500 | |
| Facsimile:         (202) 835-7586 | |
| | |
| *Attorneys for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.* | *Attorneys for BNY Corporate Trustee Services Limited* |